UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
DANIEL CALLAHAN,                                                JUDGMENT
                                                                               13-CV- 2726 (WFK)
                    Plaintiff,

        -against-

CITY OF NEW YORK, P. SMITH,
SERGEANT ROBERT HOLT, OFFICER
TIMOTHY EVANS, SHIELD #12421, and
OFFICER JIMMY PONCE, SHIELD #29568,

                    Defendants.
------------------------------------------------------X

        A Decision and Order of Honorable William F. Kuntz, II United States District Judge, having been filed on March 13, 2015, granting Defendants' motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that Plaintiff shall recover nothing of the Defendants.

| | |
|---|---|
| Dated: Brooklyn, New York | Douglas C. Palmer |
|       March 13, 2015 | Clerk of Court |
| | by:   */s/ Janet Hamilton* |
| |       Deputy Clerk |